

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00094-CV

| | | |
|---|---|---|
| Dr. Jamie Singley; DDS Dentures & Implant Solutions; Affordable Dentures & Implants, Fort Worth P.A.; Affordable Dentures & Implants, Texas PLLC; and DDS Dentures and Implants, Appellants | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-334018-22) |
| v. | § | August 31, 2023 |
| | § | Memorandum Opinion by Justice Birdwell |
| Greg Staats, Appellee | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Appellants' motion to dismiss is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Greg Staats shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
      Justice Wade Birdwell